1  
2  

**EVERETT McKINLEY DIRKEN**  
**UNITED STATES COURTHOUSE**

3  
4       219 South Dearborn Street Chicago, Illinois 60604  
5  
6  
7       Angel P. Doss  
8       3417 Warner Avenue  
9       Louisville, KY 40207  
10      (224) 200-7525  
11      Plaintiff in Pro Se  
12  
13      ANGEL PASTOR DOSS  
14                          Plaintiff,  
15  
16              v.  
17  
18      Defendant Number One  
19      CITY OF ELGIN  
20      CHIEF OF POLICE WIFE IS FRIEND OF "LAURIE"  
21      OFFICER RIGANO  
22      OFFICER ESSICK  
23      DETECTIVE CHRISTOPHER HUGHES  
24      151 DOUGLAS AVENUE  
25      ELGIN , IL 60120  
26  
27      Defendant Number Two  
28      JAMIE MOSSER  
29      ELGIN BRANCH COURT S.A.O.  
30      150 DEXTER COURT  
31      Elgin, IL 60120  
32  
33  
34      Defendant Number Three  
35      LAURIE POMERENKE aka/ Laurie DeLoria  
36      7 NORTH MELROSE  
37      ELGIN, IL 60123  
38  
39      Defendant Number Four  
40      LIBERTY TAX SERVICE  
41      3026 SOUTH McLEAN BLVD  
42      ELGIN , IL 60123  
43  
44      Defendant Number Five  
45      US.FOODS  
46      BRIAN POMERENKE

1:15-cv-10248  
Judge John J. Tharp, Jr  
Magistrate Judge Michael T. Mason

Case No. _____

**FILED**

NOV 1 2 2015

**THOMAS G. BRUTON**  
**CLERK, U.S. DISTRICT COURT**

1

47   9339 WEST HUGGINS ROAD, SUITE 500
48   ROSEMOUNT ,IL 60018
49
50                            Defendants.
51

## COMPLAINT AGAINST POLICE OFFICER AND AGAINST POLICE DEPARTMENT OR OTHER LAW ENFORCEMENT AGENCY FOR COMPENSATORY AND PUNITIVE DAMAGES, FALSE ARREST, FALSE IMPRISIONMENT MALICIOUS PROSECUTION ,ABUSE OF PROCESS,NEGLIGENCE,INTETIONAL INFLICTION OF EMOTIONAL DISTRESS,EXTREME AND OUTRAGEOUS CONDUCT ,SPOILATION OF  EVIDENCE,CIVIL RIGHTS ACT of 1871, 18 U.S.C. §2312 , 28 U.S.C. §§1331,1343(a)(3) 42 U.S.C. §1983,  AND OTHER APPROPRIATE RELIEF

60
61      Plaintiff, Pro Se, brings this action and states as follows:
62

## THE PARTIES

64
65     •  Mr. Angel P. Doss, Pro Se, (an "Individual" or "Plaintiff") is a dual citizen of the

66        United States and Panama, Republic of Panama.  This is a civil action for $10 million

67        ($4 million from Mosser County S.A.O.) , ($2.0 million from the City of

68        Elgin ) ,($200,000Laurie Pomerenke aka/ Laurie DeLoria ) ,(L$800,000 from Liberty

69        Tax Service) (3,000,000 form US.Foods) as compensatory and punitive damages, as

70        well as, for statutory assessments, penalties, costs and other remedies for losses

71        incurred by Plaintiff as a result of Civil Rights Violations, Due Process of the Law,

72        Substantive Due Process, Procedural Due Process, 6th Amendment, 9th Amendment,

73        14th Amendment Section 1, Forgery, Perjury ,Spoilation of Evidence and

74        Prosecutorial Misconduct.

75     •  Defendant Number One is the City of Elgin ("Elgin" or "Defendant Number One") is

76        a City government office that maintains its principal place of business in Elgin,

77        Illinois, where it has its headquarters, and where it engages in City Police Department.

2

78    • Defendant Number Two is the Jamie Mosser and Co Defendants Kane County

79       Clerk's Office ("Mosser" or "Defendant Number Two") Was The Attorney of record

80       at Plenary hearing since October 5th ,2012 Elgin Branch Court, that maintains its

81       principal place of business in Elgin, Illinois.

82    • Defendant Number Three is Laurie Pomerenke aka/ Laurie DeLoria (Laurie) and has

83       residence in the City of Elgin Illinois.

84    • Defendant Number Four is Liberty Tax Service (Liberty) is a Tax service that does

85       business in Elgin Illinois.   The State of Kentucky (the "State" or "Defendant Number

86       Three") is a sovereign state of the United States.

87    • Defendant Number Five is U.S. Foods and Brian Pomerenke That does business in

88       Rosemont Illinois.

89    page2of 7

90                          **JURISDICTION AND VENUE**

91    • The Everett McKinley Dirken United State Courthouse,  219  South Dearborn,

92       Chicago, Illinois 60604, has jurisdiction over this matter pursuant to L.R. 8(a)

93       F.R.Cv.P.

94    • Personal jurisdiction is proper under L.R. 8(a) F.R.Cv.P. and the common law

95       because Defendant One ("City of Elgin"), Defendant Two ("MOSSER") , Defendant

96       Three("Laurie"), Defendant Four (Liberty), D and Defendant Five (U.S.FOODS) do

97       business in Illinois.

98    • Venue is proper in the United State Courthouse ,Chicago Illinois pursuant to L.R. 8(a)

99       F.R.Cv.P.

100   **FACTS REGARDING NOVEMBER 12, 2014 ; MOTION TO BRING BACK ON CALL**
101               **AND NOVEMBER 7, 2014  WITH JUDGE VILLA**

3

102
103                                    **General Background**
104
105   •   November 12, 2014 motion denied with laughter from Judge Villa, because
106       Defendant was Pro Se.

107   •   October 29 Filed motion to bring back on call

108   •   Returned and copied file October 27, 2014, discovered inconsistencies in documents.

109   •   October 24, 2014 , came to Elgin to extend O.P. ; found Angel Doss and Laurie
110       Pomerenke aka/ Laurie DeLoria were in same file of Angel Doss.  "Laurie" has no
111       file.

112   •   On November unbeknownst to Plaintiff, November 30,2012 tried in abstensia ,
113       resulting in a Misdemeanor stalking , not Present , and Order of Protection?
114       Documents all forged.

115   •   On October 26, 2012 Judge Karayannis gave Order of protection to Plaintiff, because
116       "Laurie" Threatened to Kill Plaintiff via Facebook post before car was burnt and
117       destroyed by fire. Attorney "MOSSER after prosecuting Plaintiff turned into a
118       Defense Attorney ,which I also believe is a violation of another Statute; I was to busy
119       defending myself to give the matter much thought and in no way had a idea that she
120       broke law.  As to the evidence that Detective Hughes  and Officer Essick of the Elgin
121       Police did not stay to testify in

122   •   Plaintiffs winning the case in the rebuttal.  Further evidence is that Bond returned to
123       Plaintiff, two weeks later via mail.   Attorney "MOSSER" says that she served me in
124       court by signing on front page as per court document and it was; but not by my
125       signature.  Also to attest is more documents that were handwritten and not computer
126       generated like Judge Karayannis gave Plaintiff and "Laurie".

4

127      •   On October24, 2012, Plaintiff at that time Respondent/Petitioner went to Elgin

128         Branch Court to show "MOSSER evidence of Threat on my life by "Laurie";

129         "MOSSER refused to talk or even look at evidence. At that time I knew, I was in a

130         "PICKLE"; but tried to be a Lawyer in Pro Se to no avail.

131      •   The Plaintiff had to appear at the Elgin Branch Court October 5, 2012.  Plaintiff filed

132         order to move venue, Change Judge Motion denied by Judge Karayannis and case

133         was set for October 26, 2012.  Attorney "MOSSER" represented herself as Defense

134         Attorney for "Laurie".

135      •   Document dated and stamped twice, on September 25, 2012, Documents very

136         confusing.

137      •   On September 21, 2014 Released from Kane County Jail,  two Documents' Identical ,

138         but have different dates .

139      •   On September 20, 2012 false Arrest and detention, Judge Walters would not even let

140         me show the threating letter from "Laurie".

141      •   On August23, 2012 Brian Pomerenke's Attorney quashed subpeona, Pomerenke

142         Attorney Quashed Subpeona, Served in court on September 20,  "Laurie" became

143         Petitioner on this date also.

144      •   On August 7, 2012 "Laurie" filed Phone harassment Charge.

145      •   On  August 1 ,2012 subpeoned Brian Pomerenke2012 subpeoned Brian Pomerenke

146      •   On July 26, 2012, Laurie becomes new petitioner .

147      •   On July 11, 2012, Look at Facebook message from "Laurie" .  Quote " I love you so

148         much , I could kill you"  ,this is the day I filed the Order of Protection.

149    • July 5, 2012 witnessed Brian Pomerenke going by my house on way to meeting with

150      Officer Rigano Elgin Police. When I arrived he again tried to accuse me of burning

151      my car for insurance, I loved my truck as I had a history with traveling all over

152      country and to this day miss my old truck had very fond memories with

153      Thelma(nickname of car).

154    • On July 4th while at Arlington Park Racecourse with about 40,000 fans and Detective

155      Jose Franco Forensic Accountant I.R.S. , Dr. Stephan Pressley and Girlfriend Sabine

156      as Witness. Officer Rigano accused me of torching my own Truck. Officer Rigano

157      Contacted Jose Franco and said he found a business card in my burnt, totaled and

158      charred Truck , which is why he called Jose Franco.

159  **Plaintiff realleges and incorporates herein by reference each and every allegation set forth**
160                      **above**
161
162                           **COUNT I**
163  **Maintenance of records; removal from county; transfer by rule of order supreme court.**
164
165    • Kane County Government's duty to preserve and disclose evidence and Breach of

166      plea agreement. Miller v. Montgomery County 494 A.2d 761,767(md. Ct. spec. App.

167      1985)

168    • **Plaintiff realleges and incorporates herein by reference each and every**

169      **allegation set forth above**

170                           **COUNT II**
171
172  **Circuit clerk to report final disposition of criminal case to administration office of the**
173              **courts update of database within 90 days of disposition.**
174
175    • Kane County did not have file for "Laurie" . County of Solano v. Delancy 494 Cal.

176      Rptr. 721(Ct. App. 1989)

177      •    **Plaintiff realleges and incorporates herein by reference each and every**

178          **allegation set forth above**

179                              **COUNT III**

180

181                              **PERJURY**

182

183      •    Officer Rigano filed false Police Report. (720 ILCS 5/32-2)(from ch. 38,par.32-2)

184      •    "Laurie" says in one document that I was Boyfriend and in another that I was Fiancé ,

185          she was married; I do not pay another man's rent much less engage myself to his wife.

186          They were separated when I entered the home because she was in love and was lonely.

187          Kantor v. Kessler 132 N.J.L. 336 40 A2d 607 (E&A1985)

188      •    **Plaintiff realleges and incorporates herein by reference each and every**

189          **allegation set forth above**

190                              **COUNT IV**

191                      **Forgery in the first degree**

192      •    Kane County Court Clerk, provided Plaintiff with  many  forged written instruments

193          which has caused damage to Plaintiff.  Cf. State of N.J. Dept. of Environ. Protect v.

194          Ventron Corp., 94 N.J. 473,503, 468 A2d 150(1983)

195      •    **Plaintiff realleges and incorporates herein by reference each and every**

196          **allegation set forth above**

197                              **COUNT V**

198                **Official misconduct in the first degree**

199      •    Kane County dishonest management and failing to uphold a sworn oath of office.

200          Viviano v. CBS Inc. 101 N.J. 538.503A 2d 296(1986)

201    • Kane County Attorney Jamie Mosser dishonest management and failing to uphold a

202        sworn oath of office By Spoiling evidence and Prosecutorial misconduct. Viviano v.

203        CBS Inc. 101 N.J. 538.503A 2d 296(1986)

204    • **Plaintiff realleges and incorporates herein by reference each and every**

205        **allegation set forth above**

206                        **COUNT VI Misuse of confidential information.**

207    • Kane County Clerk misuse of confidential information and Plaintiff was not aware

208        this occurred Viviano v. CBS Inc. 101 N.J. 538.503A 2d 296(1986)

209

210    • Kane County Attorney Jamie Mosser misuse of confidential information and Plaintiff

211        was not aware this occurred. Viviano v. CBS Inc. 101 N.J. 538.503A 2d 296(1986)

212    **Plaintiff realleges and incorporates herein by reference each and every allegation set**

213    **forth above**

214                        **PRAYER FOR RELIEF**

215        WHEREFORE, the Plaintiff request and demands judgment be entered against

216    defendants, jointly and        severally as follows:

217    • For all actual, compensatory, and general pecuniary damages and losses suffered by

218        Plaintiff, in accordance with proof ;

219    • For all special damages and reasonably foreseeable consequential economic damages

220        suffered by Plaintiff, in accordance with proof and as allowed or permitted by applicable

221        law ;

222     •   For the cost and expenses of pursuing this action , including the recovery of reasonable

223         attorney's fees , cost, and expenses incurred by Plaintiff, as allowed or permitted by

224         applicable law;

225     •   For punitive and/or exemplary damages as may be appropriate under the circumstances

226         and as allowed or permitted by applicable law;

227     •   For such injunctive and /or declaratory and /or other equitable relief as may be

228         appropriate or under the circumstances.;

229     •   For all such other and further relief to which Plaintiff is entitled and as is just and proper

230         in the premises.

231              THE PLAINTIFF HEREBY DEMANDS TRIAL BY JURY.
232
233    DATED at Chicago, Illinois, this 11th day of November, 2015.
234
235                ANGEL PASTOR DOSS
236                *PRO SE*
237                3417 WARNER AVENUE
238                LOUISVILLE, KY 40207
239
240
241                BY:
242
243
244

245

## EVERETT McKINLEY DIRKEN
## UNITED STATES COURTHOUSE

219 South Dearborn Street Chicago, Illinois 60604

Angel P. Doss
3417 Warner Avenue
Louisville, KY 40207
(224) 200-7525
Plaintiff in Pro Se

ANGEL PASTOR DOSS

                Plaintiff,

                                   Case No. _____

      v.

Defendant Number One
CITY OF ELGIN
CHIEF OF POLICE
OFFICER RIGANO
OFFICER ESSICK
DETECTIVE CHRISTOPHER HUGHES
151 DOUGLAS AVENUE
ELGIN , IL 60120

Defendant Number Two
JAMIE MOSSER
ELGIN BRANCH COURT S.A.O.
150 DEXTER COURT
Elgin, IL 60120

Defendant Number Three
LAURIE POMERENKE aka/ Laurie DeLoria
7 NORTH MELROSE
ELGIN, IL 60123

Defendant Number Four
LIBERTY TAX SERVICE
3026 SOUTH McLEAN BLVD
ELGIN , IL 60123

Defendant Number Five
U.S.FOODS
BRIAN POMERENKE
9339 WEST HUGGINS ROADS SUITE 500
ROSEMOUNT ,IL 60018

                         Defendants.

Page 1 of 2