UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Angel Pastor Doss
                            Plaintiff,

v.                                            Case No.: 1:15–cv–10248
                                                      Honorable John J. Tharp Jr.

City Of Elgin, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 16, 2015:

      MINUTE entry before the Honorable John J. Tharp, Jr: The plaintiff is directed to file, by 12/7/15, a supplemental statement of jurisdiction setting forth the factual bases for this Court's jurisdiction. Although the complaint includes references to claims under several statutes, the allegations in the complaint do not appear to support any federal claim and the theories underlying the "counts" in the complaint do not arise under federal law. Accordingly, the complaint does not include sufficient information to assess jurisdiction as required under Fed. R. Civ. P. 8(a). If the Court lacks jurisdiction, it must dismiss this action pursuant to Fed. R. Civ. P. 12(h)(3). Failure to timely file the required jurisdictional supplement will result in dismissal of the complaint without prejudice to its refiling in state court. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.